UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANFIEL CASTANEDA SANCHEZ,<br>Fraccionamiento County Alamos,<br>Paseo de Los Abetos 4049,<br>Culiacan, Sinaloa 80050, Mexico<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Lane, S.W.,<br>Washington, D.C. 20528-0075;<br><br>    and<br><br>U.S. DEPARTMENT OF STATE,<br>The Executive Office,<br>Office of the Legal Advisor,<br>Suite 5.600,<br>600 19th Street, N.W.,<br>Washington, D.C. 20522;<br><br>    Defendants. | Civil Action No. 18-765 |

**COMPLAINT FOR INJUNCTIVE RELIEF**

Plaintiff, Mr. Ranfiel Castaneda Sanchez, by through undersigned counsel, alleges as follows:

### I. INTRODUCTION

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 for injunctive and other appropriate relief to seek the disclosure and release of agency records wrongfully withheld from plaintiff by defendants U.S. the Department of Homeland Security ("DHS") and its component, U.S. Immigration and Customs Enforcement ("ICE"), and the U.S. Department of State ("DOS").

## II.    JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, a natural person, is a citizen and resident of Mexico.

4. Defendant DHS is a Department of the Executive Branch of the United States Government, and includes the component entity ICE. The DHS is an agency within the meaning of 5 U.S.C. § 552(f).

5. Defendant DOS a Department of the Executive Branch of the United States Government. The DOS is an agency within the meaning of 5 U.S.C. § 552(f).

## III.    FACTS

6. From on or about April 2016 to November 2017, by separate submissions, plaintiff submitted FOIA requests to defendants for records relating to him.

7. Defendants have partially denied the requested agency records, completely denied the existence of any requested agency records, failed to respond within the statutory timeline, and/or otherwise failed to perform a good faith search for the records.

## IV.    CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

8. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs above, inclusive.

9. By online submission dated April 29, 2016, plaintiff requested a complete copy of his file in the possession of ICE.

10. By letter dated June 7, 2016, ICE represented that it searched for records

2

responsive to the request from its Office of Enforcement and Removal Operations and produced three pages of responsive records. ICE redacted information on these three pages pursuant to Privacy Act exemption (k)(2) and FOIA exemptions 6, 7(C), and 7(E). (ICE Case Number 2016-ICFO-35739).

11. On November 10, 2017, plaintiff re-filed a FOIA request with ICE in order to perfect an administrative appeal. Plaintiff requested, through a two-page memo submitted by his counsel: "any and all documents, forms, or other written, photographic, electronic, computer generated, or recorded materials relating to Mr. Sanchez through the date of this request in the possession of ICE."

12. By email dated November 13, 2017, defendant ICE acknowledged receipt of plaintiff's FOIA request.

13. In the November 13, 2017 e-mail, defendant ICE erred (by failing, upon information and belief, to read plaintiff's FOIA request to ICE) and misdirected plaintiff's request to USCIS and informed plaintiff:

> You have directed a FOIA request to U.S. Immigration and Customs Enforcement (ICE) seeking either (1) copies of an individual's alien file, or (2) copies of certain ICE documents or other information that is maintained in an individual's alien file." "Alien Files are maintained by U.S. Citizenship and Immigration Services (USCIS). Accordingly, ICE is routing your FOIA request to USCIS as their office maintains the alien file. Upon receipt of your FOIA request, USCIS will provide you with a tracking number and respond directly to your request. Any ICE records maintained in the Alien file will be referred to ICE for processing and you will be notified of the referral if one occurs in USCIS's response.

14. To date, defendant ICE has not provided the records requested by plaintiff or issued a final action notwithstanding FOIA's requirement of an agency response within twenty (20) working days.

15. Plaintiff has exhausted the applicable administrative remedies with respect to his FOIA request to ICE as a subcomponent of defendant DHS.

16. Defendant DHS has wrongfully withheld and/or redacted the requested ICE records from plaintiff, failed to respond within the statutory timeline, or otherwise failed to perform a good faith search in violation of FOIA.

## SECOND CAUSE OF ACTION

*DOS' Partial Denial of Plaintiff's Request*

17. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs above, inclusive.

18. By facsimile dated April 29, 2016, plaintiff requested defendant DOS to produce a complete copy of his records in its possession including copies of all DS-160 forms filed at consular posts in Mexico.

19. By letter dated September 30, 2016, defendant DOS responded and partially denied plaintiffs request citing 5 U.S.C. § 552(b)(3) and 8 U.S.C. § 1202(f). Defendant DOS wrote that it identified 85 documents totaling 232 pages, but only produced twelve documents in full and six documents in part. (State Case Number F-2016-04869).

20. On November 9, 2017, plaintiff re-filed a FOIA request with DOS, *inter alia*, seeking records improperly withheld.

21. By letter dated November 28, 2017, defendant DOS acknowledged receipt of plaintiff's FOIA request on November 9, 2017. (State Case Number F-2017-16980).

22. To date, defendant DOS has not provided the records requested by plaintiff in State Case Number F-2017-16980, notwithstanding FOIA's requirement of an agency response within twenty (20) working days.

23. Plaintiff has exhausted the applicable administrative remedies with respect to his FOIA request to defendant DOS.

24. Defendant DOS has wrongfully withheld and/or redacted the requested records

4

from plaintiff or otherwise failed to perform a good faith search of the records in violation of FOIA.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays that this Court:

(a) Order defendants to produce *Vaughn* indices;

(b) Permit plaintiff to undertake discovery, consistent with property handling protocols,[1] relating to whether any withheld records in question by a defendant has been "properly classified" in accordance with Executive Orders;

(c) Disclose the requested records in their entireties and make copies available to plaintiff;

(d) Provide for expeditious proceedings in this action;

(e) Award plaintiff its costs and reasonable attorneys fees incurred in this action per 5 U.S.C. § 552(a)(4)(E) and 21 U.S.C. § 2142(d); and

(f) Grant such other relief as this Court may deem just and proper.

DATED:  April 4, 2018
             New York, New York

                                       Respectfully submitted,

                                       *Counsel for Plaintiff*

                                       //s//  *Jason D. Wright*
                                       Jason D. Wright, Esq. DC Bar #1029983
                                       *Local Counsel*

                                       Wright Law Firm, PLLC
                                       40 Fulton Street, 23rd Floor
                                       New York, New York 10038
                                       Direct:  (212) 683-4982
                                       Mobile:  (202) 578-0260
                                       Fax:  (917) 677-8577

---

[1] Undersigned local counsel possesses an active top secret security clearance.

E-mail: jwright@jasonwrightesq.com

*//s// Asa Hutchinson*
*Admission for Pro Hac Vice Pending*

W. Asa Hutchinson III, Esq.
The Asa Hutchinson Law Group, PLC
912 W. Central Ave.
Bentonville, Arkansas  72712
Phone: (479) 878-1600
Email: ahutchinson@ahlawgroup.com